187

4-21-2020

Salina  
Cigna  
PO Box 29221  
Phoenix, AZ 85038-9221

# 11312520-02  
Timothy C. Hunt  
3122 Corral Trail  
Gainesville, Ga. 30506  
ph# 770-297-2864

To Whom It May Concern:

    I want to appeal the decision of Cigna Insurance Co. with the input of its representatives to deny my claim (#11312520-02) for Long Term Disability. X-rays taken by both Northside/Forsyth Hospital Emergency Room and Peachtree Orthopedics (404-356-0743) revealed advanced Osteo-arthritis in my hips and knees. According to Dr. John Henry of Peachtree Orthopedics the cartilage is eaten away in my right hip and my right knee is rubbing bone on bone. He witnessed my condition first hand and after dictating a twenty-one page medical record said I needed to use a cane, walker, or even a wheelchair (long distances) "with every step." Any fall or break could result in "complete immobility." His opening words to me were, "I'm sorry but there's nothing I can do for you."

    Dr. Malcolm Frazier has served as my primary care physician for the last 10+ years. He has witnessed first hand how my condition has deteriorated (470-253-7944). I stumble just to go from the parking lot some 15 ft. into his office even with the assistance

0 4 1 3 0 1 2 0 2 0

2 of 7                                                (#11312520-02)

of a cane or walker. He has witnessed the actions as well as the great difficulty I have just standing up out of a chair in the exam room. The pain in my hips & knees is present with every step as well as the popping of bone on bone.

I have never seen Dr. Kenneth Kress. My appointment was with a physician's assistant named J.D. He reviewed the same x-rays as Dr. Henry. No x-rays were taken by Dr. Kress' office. Physician's assistant J.D. had to help me off of the exam table and support me with his elbow to the waiting room after viewing the x-rays from Leathia Orthopedics. Contact with Dr. Kress' office since 7/3/19 have been by Wal-Green's Pharmacy regarding refills for a prescribed anti inflammatory.

A Med-Tech II (Generalist) working an evening shift at Northside/Forsyth Hospital is required to be trained in all areas of the Core Lab. Up and down out of chairs and walking between departments is an every night occurrence. If a Generalist catches up in the department of responsibility, they are required to walk to another department to help cover the workload. Blood Bank requires alot of this movement just to sign out blood products. Should there be a trauma, these movements are greatly amplified.

3 of 7                                                         (#113125 20-02)

Of walking from my desk at home to the kitchen or restroom is very difficult with a cane/walker for every step, imagine what it would be like while on duty at Northside/Forsyth Lab. What about having to walk from employee parking into the hospital building? Not a short distance. What about making it to the restroom before embarrassing myself while at work?

Thank you in advance for your effort in this matter.

Jim Hunt